UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

Tracy Callahan-Hennessey,            Case No. 3:10-bk-08993-JAF

    Debtor.
_____/

## MOTION TO COMPEL DEBTOR
## TO TURNOVER PROPERTY TO THE TRUSTEE

Pursuant to Bankruptcy Rule 7001, the Trustee, through his undersigned counsel, files this Motion to Compel Debtor to Turnover Property to the Trustee and states unto the Court as follows:

1. The property of the bankruptcy estate, pursuant to 11 U.S.C. §541, includes the following:

**Federal income tax returns and refunds for years 2009 and 2010**

2. Said property is property which the Trustee may use, sell or lease pursuant to Section 363 of the Bankruptcy Code.

3. The trustee is entitled to a turnover of said property pursuant to 11 U.S.C. §542.

                     **ROBERT ALTMAN, P.A.**

                     /S/ Robert Altman

                     **Robert Altman, Trustee**
                     Florida Bar No. 346861
                     P.O. Box 922
                     Palatka, Florida 32178-0922
                     (386) 325-4691
                     (386) 325-9765 Facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Motion to Compel Debtor to Turnover Property to the Trustee was furnished to Tracy Callahan-Hennessey, 56 Londonerry Drive, Palm Coast, FL 32137 and Donald Appignani, Esquire, Donald Appignani, P.A., 389 Palm Coast Pkwy SW, Suite 4, Palm Coast, FL 32173 by U.S. first class mail, postage prepaid or electronic filing CM/ECF on June _10_, 2011.

                     **ROBERT ALTMAN, P.A.**

                     /S/ Robert Altman

                     **Robert Altman, Trustee**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

Tracy Callahan-Hennessey                      Case No.3:10-bk-08993-JAF
                 Debtor
_____/

## NOTICE OF PRELIMINARY HEARING

**NOTICE IS HEREBY GIVEN:**
in **Courtroom 4D**, 300 North Hogan Street, 4th floor, Jacksonville, Florida, a preliminary hearing will be held on **July 6, 2011 at 1:30 p.m.** before the Honorable Jerry A. Funk, United States Bankruptcy Judge, to consider and act upon the following matters:

### MOTION TO COMPEL DEBTOR TO TURNOVER PROPERTY TO THE TRUSTEE

Appropriate Attire. You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Aviod delays at courthouse security checkpoints. You are reminded that Local Rule 5073-1 restricts the entry of cellular telephones and , except in Orlando, computers in the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated: June 10, 2011.

                                           **ROBERT ALTMAN, P.A.**

                                           /S/ Robert Altman
                                           **Robert Altman, Trustee**
                                           Florida Bar #346861
                                           P.O. Box 922
                                           Palatka, Florida 32178-0922
                                           (386) 325-4691 / Fax No. (386) 325-9765

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Notice of Preliminary Hearing on Motion to Compel Debtor to Turnover Property to the Trustee was furnished to Tracy Callahan-Hennessey, 56 Londonerry Drive, Palm Coast, FL 32137 and Donald Appignani, Esquire, Donald Appignani, P.A., 389 Palm Coast Pkwy SW, Suite 4, Palm Coast, FL 32173 by U.S. First Class Mail on June 10, 2011, postage prepaid, or electronically or electronic filing CM/ECF.

                                             /S/ Robert Altman
                                             **Robert Altman, Trustee**